**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DONTAE SMALL, *#1378301*, | * | |
| v | * | Civil Action No. PX-18-724 |
| GWENDOLYN OLIVER, *Acting Warden*, | * | |
| DONNA HASEN, *Acting Asst. Warden*, | * | |
| Defendants | | |
| | *** | |

## ORDER

On March 30, 2018, the Court granted Dontae Small twenty-eight days to pay the filing fee or file a Motion to Proceed in Forma Pauperis seeking its waiver. He was cautioned that failure to comply with this Order may result in dismissal of the case without prejudice. Because Small has not paid the fee or moved to proceed in forma pauperis within the requisite time, and this case will be dismissed without prejudice.

Accordingly, it is this 15th day of May, 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The case IS DISMISSED without prejudice;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL SEND a copy of this Order to Dontae Small;

/S/
Paula Xinis
United States District Judge